Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Louis Baker |
| Debtor 2 (Spouse, if filing) | Octavia Natashia Baker |
| United States Bankruptcy Court for the: _____ District of _____ (State) | |
| Case number | 21-00273-jaw |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

### Part 1: Mortgage Information

**Name of claim holder:** QUICKEN LOANS

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account:   8   1   9   0

**Property address:**

Number   Street
223 Greenfield Crossing

| Brandon | MS | 39042 |
|---|---|---|
| City | State | ZIP Code |

### Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: www.ndc.org  (web address).

### Part 3: Arrearages

| | | Amount |
|---|---|---|
| a. | Allowed amount of prepetition arrearage: | $ _____ |
| b. | Total amount of prepetition arrearage disbursed by the trustee: | $ _____ |
| c. | Total amount of postpetition arrearage disbursed by the trustee: | $ _____ |
| d. | Total amount of arrearages disbursed by the trustee: | $ _____ |

| Part 4: | Postpetition Payments |
|---|---|

*Check one:*

☑ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.    Total amount of postpetition payments disbursed by the trustee as of date of notice:                     $ _____

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____.   All subsequent ongoing mortgage payments must be made directly by the debtor
to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:                     $ 350.00

| Part 6: | A Response Is Required by Bankruptcy Rule 3002.1(g)(3) |
|---|---|

Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.

x _____        Date ____/____/_____
      Signature

Trustee        Harold          J.          Barkley, Jr.
                  First Name        Middle Name        Last Name

Address        P O Box 4476
                  Number              Street

                  Jackson                              MS   39296-4476
                  City                                        State       ZIP Code

Contact phone ( 601 ) 362_ 6161                  Email hjb@hbarkley13.com

Official Form 410C13-N                  **Trustee's Notice of Disbursements Made**                  page **2**

# CERTIFICATE

I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U.S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Louis Baker
Octavia Natashia Baker
223 Greenfield Crossing
Brandon, MS  39042

Quicken Loans Mortgage
Bankruptcy Team
635 Woodward Ave.
Detroit, MI  48226

Hon. Elixabeth Halsey Parrott
Elizabeth.parrott@mccalla.com

Dated: April _____, 2026

HAROLD J. BARKLEY, JR. – MSB # 2008