| **Fill in this information to identify the case:** |
|---|

**Debtor 1**          Louis Baker

**Debtor 2**
**(Spouse, if filing)**   Octavia Natashia Baker

**United States Bankruptcy Court for the:** Southern     **District of**     Mississippi
                                                                    **(State)**

**Case number**        21-00273-JAW

## Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
12/25

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served.  Rule 3002.1(g)(3).**

| **Part 1:** | **Mortgage Information** |
|---|---|

**Name of claim holder:**    Rocket Mortgage, LLC

Court claim no. (if known):
7

**Last 4 digits** of any number you use to identify the debtor's account:  XXXXXX8190

**Property address:**          223 GREENFIELD XING
                                     Number      Street

                                     Brandon, MS 39042
                                     City          State          ZIP Code

| **Part 2:** | **Arrearages** |
|---|---|

The total amount received to cure any arrearages as of the date of this response:      $ 0.00          .

*Check all that apply:*

☒     The amount required to cure any prepetition arrearage has been paid in full.
☐     The amount required to cure the prepetition arrearage has not been paid in full.  Amount of prepetition arrearage remaining unpaid as of the date of this notice:     $_____
☒     The amount required to cure any postpetition arrearage has been paid in full.
☐     The amount required to cure the postpetition arrearage has not been paid in full.  Amount of postpetition arrearage remaining unpaid as of the date of this notice:     $0.00

| **Part 3:** | **Postpetition Payment** |
|---|---|

(a)   *Check all that apply:*

☒     The debtors are current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐     The debtors are not current on all postpetition payments.  The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on:     _____

☐     The debtors have fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b)   The claim holder attaches a payoff statement and provides the following information as of the date of this response:

| | | |
|---|---|---|
| i. | Date last payment was received on the mortgage: | 05/05/2026 |
| ii. | Date next postpetition payment from the debtor is due: | 06/01/2026 |
| iii. | Amount of the next postpetition payment that is due: | $ 1,416.30 |
| iv. | Unpaid principal balance of the loan: | $ 186,644.21 |
| v. | Additional amounts due for any deferred or accrued interest: | $ 107.38 |
| vi. | Balance of the escrow account: | $ 429.77 |
| vii. | Balance of unapplied funds or funds held in a suspense account: | $ 413.60 |
| viii. | Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $ 0.00 |

| Debtor 1 | **Louis Baker** | | | Case number 21-00273-JAW |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 4:    Itemized Payment History**

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtors are not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs, are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- All prepetition and postpetition payments received;
- The application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtors' principal residence; and
- all amounts the claim holder contends remain unpaid.

---

**Part 5:    Sign Here**

The person completing this response must sign it.  Check the appropriate box.

☐ I am the creditor

☒ I am the claim holder's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖  /s/Karen A. Maxcy

Signature

Date   05/18/2026

| Name | Karen A. Maxcy | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Title | Authorized Agent for the Creditor |
|---|---|

Company   McCalla Raymer Leibert Pierce, LLP

**Identify the corporate servicer as the company if the authorized agent is a servicer.**

| Address | 1544 Old Alabama Road | |
|---|---|---|
| | Number | Street |

| | Roswell, GA 30076 | | |
|---|---|---|---|
| | City | State | Zip Code |

Contact phone   770-643-7200

Email   Karen.Maxcy@mccalla.com

**Please note that the information may not be current as of the response filing date. The Creditor may have required additional time to compile and verify the necessary data to prepare this response. Accordingly, the figures and representations provided herein may reflect the status of the account as of an earlier date and may not account for more recent activity.**

|                          |                          |                    |
|--------------------------|--------------------------|--------------------|
| In Re:    Louis Baker    | Bankruptcy Case No.:     | 21-00273-JAW       |
|           Octavia Natashia Baker | Chapter:         | 13                 |
|                          | Judge:                   | Jamie A. Wilson    |

## CERTIFICATE OF SERVICE

I, Karen A. Maxcy, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within Response to Trustee's Notice of Disbursements Made in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Louis Baker
223 Greenfield Crossing
Brandon, MS 39042

Octavia Natashia Baker
223 Greenfield Crossing
Brandon, MS 39042

Jennifer A Curry Calvillo                    *(served via ECF Notification)*
The Rollins Law Firm
702 W. Pine St
Hattiesburg, MS 39401

Harold J. Barkley, Jr.                        *(served via ECF Notification)*
P.O. Box 4476
Jackson, MS 39296-4476

U.S. Trustee                                  *(served via ECF Notification)*
United States Trustee
501 East Court Street Suite 6-430
Jackson, MS 39201

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    __05/20/2026__   By:    _/s/Karen A. Maxcy_____
                     (date)                Karen A. Maxcy,
                                           Authorized Agent for the Creditor

```
SRV229R-04                  =====================================================              5/07/26
KBHA1034                         Payoff Quote Include/Omit Items                               15:15:35
                            =====================================================                ADD
Loan Number                    PO Dt  5/07/26        Int Paid To      5/01/26
Inv#   GGB   Loan Type  01   Sub Code      01        Next Due Dt      6/01/26     Int Rate       3.500
Prin Bal      186,644.21               Per Diem Int               17.90     Int Calcs           107.38
Optional Items to I-Include or O-Omit:                                       Plan Number         00002
O  Escrow Balance              429.71           O  Total Late Charges                              .00
   Interest on Escrow             .00           O  Total NSF Charges                               .00
I  Escrow Advance                 .00           O  Optional Ins Payment                            .00
I  Misc Suspense Bal           413.60           O  Prepayment Penalty                              .00
I  Forbearance Bal                .00           O  Mortgage Ins Premium                         131.60
O  Subsidy                        .00           O  Other Fees Due                                  .00
O  Hazard Suspense Bal            .00           O  Rebate Points Financed                      0000000
   Int on Hazard Loss             .00           I  Deferred Principal                              .00
O  Inv. Advance                   .00           O  Recording Fee_____          0000000000000
I  Corp Advance Bal               .00           O  Quote fee _____             0000000000000
O  Corp Expense Bal            809.42-     _____  O  Oth2   COUNTY RECORDING FEE     0000000002700
O  Default Int Due                .00      _____  O  Oth1   ANTICIPATED FEE         0000000000000  +
I  Deferred Int                   .00           O  MBS Liq Difference                           437.00
O  Prepaid Ins Rebate             .00
O  Partial Claims                 .00
Accept Quote -_Y/N N                                                PO Amt        186,337.99


   F3=Exit    F5=Refresh    F6=New Loan#    F10=Fees    F16=Suspense    F24=More keys
```