**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                CHAPTER 13 NO.:

**LOIS BAKER
OCTAVIA NATASHIA BAKER**                                 21 – 00273 – JAW

**TRUSTEE'S MOTION UNDER RULE 3002.1(G)(4) TO DETERMINE
FINAL CURE AND PAYMENT OF THE MORTGAGE CLAIM**

THAT, the Trustee states as follows:

1.      The following information relates to the mortgage claim at issue:

**Name of Claim Holder:    Quicken Loans**

**Court Claim No.:                          7**

**Last 4 digits of any number used to identify the debtors account:**     8190

**Property address:               223 Greenfield Crossing**

**Brandon                          MS                                    39042**
**City                             State                               zip code**

2.      As of the date of this Motion, the Trustee has disbursed payments to cure arrearages as follows:

     a.      Allowed amount of the prepetition arrearage, if any:      $

     b.      Total amount of the prepetition arrearage disbursed:      $

     c.      Allowed amount of post petition arrearage:      $

     d.      Total amount of post petition arrearage disbursed:      $

     e.      Total amount of arrearages disbursed:      $

3.      As of the date of this motion, the Trustee has disbursed payments for post petitions fees expenses, and charges as follows:

     a.      Amount of post petition fees, expenses, and charges noticed under Rule 3002.1(c) and not allowed:      $

     b.      Amount of post petition fees, expenses and charges disbursed      $        350.00

4.      As of the date of this motion, the Trustee made the following Payments on the post petition obligations:      $

5.      Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-M24R.

6.      I ask the court for an order under Rule 3002.1(g)(4) determining whether the debtor has cured all arrearages, if any, and paid all post petition amounts required by the plan to be made as of the date of this motion.

Dated:   May    21   , 2026

Respectfully submitted,

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE:  601/362-6161
FAX:  601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM

## C E R T I F I C A T E

I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Louis Baker
Octavia Natashia Baker
223 Greenfield Crossing
Brandon, MS  39042

Quicken Loans Mortgage
Bankruptcy Team
635 Woodward Ave.
Detroit, MI  48226

Hon. Elizabeth Halsey Parrott
Elizabeth.parrott@mccalla.com

Hon. Karen A. Maxcy
Karen.maxcy@mccalla.com

Dated:  May    21   , 2026

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.