Official Form 410C13-M2R (12/25)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re   Louis Baker and Octavia Natashia Baker,        Case No.   21-00273-JAW
Debtors

Chapter     13

**Response to Motion to Determine Final Cure and Payment of the Mortgage Claim**

Rocket Mortgage, LLC fka Quicken Loans, LLC fka Quicken Loans Inc. (Claim holder) states as follows:

1.  The following information relates to the mortgage claim at issue:

| | | |
|---|---|---|
| **Name of Claim Holder:** Rocket Mortgage, LLC fka Quicken Loans, LLC fka Quicken Loans Inc. | **Court claim no.** (if known): 7-2 | |

**Last 4 digits** of any number used to identify the debtors' account:        XX8190

**Property address:**        223 Greenfield Xing

| Brandon | MS | 39042-8701 |
|---|---|---|
| City | State | ZIP Code |

2.  Arrearages

The total amount received to cure any arrearages as of the date of this response is $350.00

Check all that apply:

☒   As of the date of this response, the debtors have paid in full the amount required to cure any arrearage on this mortgage claim

☐   As of the date of this response, the debtors have not paid in full the amount required to cure any prepetition arrearage on this mortgage claim. The total prepetition arrearage amount remaining unpaid as of the date of this response is:

$_____

☐   As of the date of this response, the debtors have not paid in full the amount required to cure any postpetition arrearage on the mortgage claim. The total postpetition arrearage amount remaining unpaid on the date of this response is:

$_____

3.  Postpetition Payments

(a)   Check all that apply:

☒   The debtors are current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

Official Form 410C13-M2R       Motion to Determine the Status of the Mortgage Claim        Page **1** of **4**

☐ The debtors are not current on all postpetition payments. The debtors are obligated for the postpetition payment(s) that first become due on:

☐ The debtors have fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attached a payoff statement and provides the following information as of the date of this response:

| | | |
|---|---|---|
| i. | Date last payment was received on the mortgage: | 05/04/2026 |
| ii. | Date next postpetition payment from the debtors are due: | 06/01/2026 |
| iii. | Amount of the next postpetition payment that is due: | $1,416.30 |
| iv. | Unpaid principal balance of the loan: | $186,644.21 |
| v. | Additional amounts due for any deferred or accrued interest: | $723.35 |
| vi. | Balance of the escrow account: | $298.17 |
| vii. | Balance of unapplied funds or funds held in a suspense account: | $63.60 |
| viii. | Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $0.00 |

4.  Itemized Payment History

Include if applicable:

Because the claim holder disagrees that the arrearages have been paid in full or states that the debtors are not current on all postpetition payments or that fees, charges, expenses, escrow, and costs are due and owing, the claim holder attaches an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- All prepetition and postpetition payments received;
- The application of all payments received;
- All fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtors or the debtors' principal residence; and
- All amounts the claim holder contends remain unpaid.

[5.  If needed, add other information relevant to the response.]

*/s/Karen A. Maxcy*                                Date   06/18/2026
Signature

Print    Karen A. Maxcy                    Title   Authorized Agent for the Creditor
                Name

Company    McCalla Raymer Leibert Pierce, LLP

If different from the notice address listed on the proof of claim to which this response applies:

Address   1544 Old Alabama Road
          Number              Street

          Roswell           GA                    30076
          City              State                 ZIP Code

Contact Phone   770-643-7200              Email   Karen.Maxcy@mccalla.com

The person completing this response must sign it.  Check the appropriate box:

☐   I am the claim holder.
☒   I am the claim holder's authorized agent

In Re:    Louis Baker                           Bankruptcy Case No.:    21-00273-JAW
           Octavia Natashia Baker               Chapter:                 13
                                                 Judge:                    Jamie A. Wilson

## CERTIFICATE OF SERVICE

I, Karen A. Maxcy, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within Response to Motion to Determine Final Cure and Payment of the Mortgage Claim in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Louis Baker
223 Greenfield Crossing
Brandon, MS 39042

Octavia Natashia Baker
223 Greenfield Crossing
Brandon, MS 39042

Jennifer A Curry, Esq.                           *(served via ECF Notification)*
The Rollins Law Firm
702 W. Pine St
Hattiesburg, MS 39401

Harold J. Barkley, Jr., Trustee              *(served via ECF Notification)*
P.O. Box 4476
Jackson, MS 39296-4476

United States Trustee                        *(served via ECF Notification)*
501 East Court Street
Suite 6-430
Jackson, MS 39201

        I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:      <u>   06/18/2026   </u>   By:    <u>*/s/Karen A. Maxcy*                               </u>
                     (date)                       Karen A. Maxcy
                                       Authorized Agent for the Creditor

```
SRV229R-04                  ====================================================        6/11/26
KBHA1034                          Payoff Quote Include/Omit Items                      07:42:09
                            ====================================================          ADD

Loan Number                  PO Dt  6/11/26      Int Paid To      5/01/26
Inv#   GGB    Loan Type  01   Sub Code     01      Next Due Dt      6/01/26     Int Rate          3.500
Prin Bal      186,644.21               Per Diem Int               17.90   Int Calcs        723.35
Optional Items to I-Include or O-Omit:                                     Plan Number      00002
O  Escrow Balance               298.17          O  Total Late Charges                .00
   Interest on Escrow              .00          O  Total NSF Charges                 .00
I  Escrow Advance                  .00          O  Optional Ins Payment              .00
I  Misc Suspense Bal             63.60          O  Prepayment Penalty                .00
I  Forbearance Bal                 .00          O  Mortgage Ins Premium           127.93
O  Subsidy                         .00          O  Other Fees Due                    .00
O  Hazard Suspense Bal             .00          O  Rebate Points Financed       0000000
   Int on Hazard Loss              .00          I  Deferred Principal                .00
O  Inv. Advance                    .00          O  Recording  Fee              0000000000000
I  Corp Advance Bal                .00          O  Quote fee                   0000000000000
O  Corp Expense Bal             938.99-          O  Oth2   COUNTY RECORDING FEE  0000000002700
O  Default Int Due                 .00           O  Oth1   ANTICIPATED FEE      0000000000000  +
I  Deferred Int                    .00          O  MBS Liq Difference              364.13
O  Prepaid Ins Rebate              .00
O  Partial Claims                  .00
Accept Quote -_Y/N  N                                         PO Amt        187,303.96


   F3=Exit    F5=Refresh    F6=New Loan#    F10=Fees    F16=Suspense    F24=More keys
```