---



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 25, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

   **LOUIS BAKER**                                  **CASE NO. 21-00273-JAW**
   **OCTAVIA NATASHIA BAKER,**

       **DEBTORS.**                                   **CHAPTER 13**

Karen Maxcy, Esq., Counsel for the Creditor

## ORDER TO SHOW CAUSE

You are hereby ordered to appear on July 20, 2026, at 10:00 a.m. in the Thad Cochran U.S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to show cause why sanctions or other relief should not be imposed for failure to comply with the Notice to File Corporate Ownership Statement (Dkt. #79) issued on June 22, 2026, in the above-styled case.

##END OF ORDER##