MSSB-7007.1-Bk (11/23)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re:  LOUIS BAKER

Case No.: 21-00273-JAW

OCTAVIA NATASHIA BAKER
*Debtor(s)*

Chapter: 13

**Corporate Ownership Statement**

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules,
Rocket Mortgage, LLC fka Quicken Loans, LLC fka Quicken Loans Inc. , a
[Name of Corporate Party]

**[Check One]**

☑ Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

☐ Corporate Debtor **FRBP 1007(a)(1)**

☐ Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

☐ Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

☐ The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

**OR**

☑ There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 6/25/2026

Karen A. Maxcy
Digitally signed by: Karen A. Maxcy
DN: CN = Karen A. Maxcy email = karen.maxcy@mccalla.com C = AD O = McCalla Raymer Leibert Pierce LLP
Date: 2026.06.25 17:03:18 -04'00'
Attorney Signature

Karen A. Maxcy                           8869
Attorney Name                            State Bar Number

1544 Old Alabama Road
Address

Roswell, GA 30076
City, State, and Zip Code

678-321-6965              Karen.Maxcy@Mccalla.com
Telephone Number          Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**