

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 29, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

LOUIS BAKER                                          CASE NO. 21-00273-JAW
OCTAVIA NATASHIA BAKER,

                                                     CHAPTER 13

    DEBTORS.


## ORDER DISMISSING ORDER TO SHOW CAUSE

There came on for consideration the Order to Show Cause (Dkt. #81) ("Order") entered on June 25, 2026, for failure to comply with the Notice to File Corporate Ownership Statement (Dkt. #79) entered on June 22, 2026. The Court, having considered same, finds that the Order should be dismissed.

IT IS, THEREFORE, ORDERED that the Order is hereby dismissed.

##END OF ORDER##