United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                                Case No. 21-00273-JAW

Louis Baker                                                                                          Chapter 13

Octavia Natashia Baker

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3                                   User: mssbad                                   Page 1 of 2

Date Rcvd: Jun 29, 2026                          Form ID: pdf012                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**            **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2026:**

**Recip ID**                **Recipient Name and Address**
db/jdb                  + Louis Baker, Octavia Natashia Baker, 223 Greenfield Crossing, Brandon, MS 39042-8701

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2026                              Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

Elizabeth Halsey Parrott
                          on behalf of Creditor Rocket Mortgage  LLC fka Quicken Loans, LLC Elizabeth.Parrott@mccalla.com, mccallaecf@ecf.courtdrive.com

Harold J. Barkley, Jr.
                          HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Harold J. Barkley, Jr.
                          on behalf of Trustee Harold J. Barkley  Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Jennifer A Curry Calvillo
                          on behalf of Joint Debtor Octavia Natashia Baker jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Jennifer A Curry Calvillo
                          on behalf of Debtor Louis Baker jennifer@therollinsfirm.com

District/off: 0538-3        User: mssbad        Page 2 of 2

Date Rcvd: Jun 29, 2026        Form ID: pdf012        Total Noticed: 1

jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Karen A. Maxcy

on behalf of Creditor Rocket Mortgage  LLC fka Quicken Loans, LLC karen.maxcy@mccalla.com,
BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com

Karen A. Maxcy

on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC karen.maxcy@mccalla.com,
BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com

Karen A. Maxcy

on behalf of Creditor Rocket Mortgage  LLC fka Quicken Loans, LLC fka Quicken Loans Inc. karen.maxcy@mccalla.com,
BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com

Thomas Carl Rollins, Jr

on behalf of Joint Debtor Octavia Natashia Baker trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

on behalf of Debtor Louis Baker trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 11

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 29, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**LOUIS BAKER**                                                    **CASE NO. 21-00273-JAW**
**OCTAVIA NATASHIA BAKER,**

                                                                         **CHAPTER 13**

         **DEBTORS.**


**<u>ORDER DISMISSING ORDER TO SHOW CAUSE</u>**

There came on for consideration the Order to Show Cause (Dkt. #81) ("Order") entered on June 25, 2026, for failure to comply with the Notice to File Corporate Ownership Statement (Dkt. #79) entered on June 22, 2026. The Court, having considered same, finds that the Order should be dismissed.

IT IS, THEREFORE, ORDERED that the Order is hereby dismissed.

##END OF ORDER##