SO ORDERED,

*Jamie A. Wilson*

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: July 2, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                CHAPTER 13 NO.:

LOUIS BAKER
OCTAVIA NATASHIA BAKER                                 21 – 00273 – JAW

### AGREED ORDER GRANTING TRUSTEE'S MOTION UNDER RULE 3002.1(G)(4)
### TO DETERMINE FINAL CURE AND PAYMENT OF THE MORTGAGE CLAIM

THIS CAUSE came before the Court on the Trustee's Motion for Determination of Final Cure and Payment of All Post-Petition Payments [DK #76] and Response by Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. [DK #77]; and the parties agree as follows:

1.      The following information relates to the mortgage claim at issue:

Name of Claim Holder:_____**QUICKEN LOANS**_____

Court Claim No.: _____7_____

Last 4 digits of any number used to identify the debtors account: _____8190_____

Property address: _____**223 GREENFIELD CROSSING**_____

**BRANDON**_____**MS**_____39042_____
City                              State                                       zip code

2.      As of the date of this Order, the Trustee has disbursed payments to cure arrearages as follows:

a.      Allowed amount of the prepetition arrearage, if any:      $_____0.00_____

b.      Total amount of the prepetition arrearage disbursed:      $_____0.00_____

c.      Allowed amount of post petition arrearage:      $_____0.00_____

d.      Total amount of post petition arrearage disbursed:      $_____0.00_____

e.      Total amount of arrearages disbursed:      $_____0.00_____

3.    As of the date of this Order, the Trustee has disbursed payments for post petitions fees expenses, and charges as follows:

      a.    Amount of post petition fees, expenses, and charges noticed under Rule 3002.1(c) and not allowed:    $_____0.00_____

      b.    Amount of post petition fees, expenses and charges disbursed    $_____350.00_____

4.    As of the date of this Order, the Trustee made the following Payments on the post petition obligations:    $_____0.00_____

IT IS THEREFORE ORDERED under Rule 3002.1(g)(4) determining the debtor has cured all arrearages, if any, and paid all post petition amounts required by the plan to be made as of the date of this Order.

##END OF ORDER##

AGREED:

/s/ Joshua C. Lawhorn
JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

/s/Karen A. Maxcy
KAREN A. MAXCY
ATTORNEY FOR ROCKET MORTGAGE,
LLC F/K/A QUICKEN LOANS, LLC
F/K/A QUICKEN LOANS, INC.