United States Bankruptcy Court

Southern District of Mississippi

In re:

Louis Baker

Octavia Natashia Baker

    Debtors

Case No. 21-00273-JAW

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 02, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Louis Baker, Octavia Natashia Baker, 223 Greenfield Crossing, Brandon, MS 39042-8701 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2026             Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth Halsey Parrott | on behalf of Creditor Rocket Mortgage  LLC fka Quicken Loans, LLC Elizabeth.Parrott@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley  Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Jennifer A Curry Calvillo | on behalf of Joint Debtor Octavia Natashia Baker jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Louis Baker jennifer@therollinsfirm.com |

District/off: 0538-3         User: mssbad         Page 2 of 2

Date Rcvd: Jul 02, 2026         Form ID: pdf012         Total Noticed: 1

jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Karen A. Maxcy

on behalf of Creditor Rocket Mortgage LLC fka Quicken Loans, LLC karen.maxcy@mccalla.com,
BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com

Karen A. Maxcy

on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC karen.maxcy@mccalla.com,
BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com

Karen A. Maxcy

on behalf of Creditor Rocket Mortgage LLC fka Quicken Loans, LLC fka Quicken Loans Inc. karen.maxcy@mccalla.com,
BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com

Thomas Carl Rollins, Jr

on behalf of Joint Debtor Octavia Natashia Baker trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

on behalf of Debtor Louis Baker trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 11



**SO ORDERED,**

*Jamie A. Wilson*

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: July 2, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                  CHAPTER 13 NO.:

LOUIS BAKER
OCTAVIA NATASHIA BAKER                                    21 – 00273 – JAW

**AGREED ORDER GRANTING TRUSTEE'S MOTION UNDER RULE 3002.1(G)(4)
TO DETERMINE FINAL CURE AND PAYMENT OF THE MORTGAGE CLAIM**

THIS CAUSE came before the Court on the Trustee's Motion for Determination of Final Cure and Payment of All Post-Petition Payments [DK #76] and Response by Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. [DK #77]; and the parties agree as follows:

1.     The following information relates to the mortgage claim at issue:

Name of Claim Holder: __QUICKEN LOANS__

Court Claim No.: ___7___

Last 4 digits of any number used to identify the debtors account: __8190__

Property address: __223 GREENFIELD CROSSING__

__BRANDON__     __MS__     __39042__
City     State     zip code

2.     As of the date of this Order, the Trustee has disbursed payments to cure arrearages as follows:

a.     Allowed amount of the prepetition arrearage, if any:     $__0.00__

b.     Total amount of the prepetition arrearage disbursed:     $__0.00__

c.     Allowed amount of post petition arrearage:     $__0.00__

d.     Total amount of post petition arrearage disbursed:     $__0.00__

e.     Total amount of arrearages disbursed:     $__0.00__

3.      As of the date of this Order, the Trustee has disbursed payments for post petitions fees expenses, and charges as follows:

     a.      Amount of post petition fees, expenses, and charges noticed under Rule 3002.1(c) and not allowed:    $_____0.00_____

     b.      Amount of post petition fees, expenses and charges disbursed    $_____350.00_____

4.      As of the date of this Order, the Trustee made the following Payments on the post petition obligations:    $_____0.00_____

IT IS THEREFORE ORDERED under Rule 3002.1(g)(4) determining the debtor has cured all arrearages, if any, and paid all post petition amounts required by the plan to be made as of the date of this Order.

##END OF ORDER##

AGREED:

/s/ Joshua C. Lawhorn
JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM


/s/Karen A. Maxcy
KAREN A. MAXCY
ATTORNEY FOR ROCKET MORTGAGE,
LLC F/K/A QUICKEN LOANS, LLC
F/K/A QUICKEN LOANS, INC.