# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Octavia Natashia Baker                                    Case No. 21-00273-JAW
         Louis Baker, Debtors                                      Chapter 13

## DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtors certify under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, we have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that we have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. We have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. We have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. We have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If we owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then we have not claimed an exemption for my/our residence in an amount in excess of the statutory

cap as prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which we may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which we may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. We have made all payments required by my confirmed Chapter 13 plan.

2. Debtors hereby move the court for the entry of a discharge order in this case.

Signed:   **/s/ Octavia Natashia Baker**                                          **07/29/2026**
　　　　　 Octavia Natashia Baker                                                   Date

　　　　　 **/s/ Louis Baker**                                                          **07/29/2026**
　　　　　 Louis Baker                                                                    Date

　　　　　 /s/ Thomas C. Rollins, Jr.                                             **07/31/2026**
　　　　　 Thomas C. Rollins, Jr., MS Bar No. 103469                    Date
　　　　　 Attorney for the Debtors
　　　　　 The Rollins Law Firm, PLLC
　　　　　 P.O. Box 13767
　　　　　 Jackson, MS 39236
　　　　　 601.500.5533

3. Mailing address for filing responses:

Jackson Office:                                              Gulfport Divisional Office:
Danny L. Miller, Clerk                                   Danny L. Miller, Clerk
United States Bankruptcy Court                    United States Bankruptcy Court
Thad Cochran US Courthouse                       Dan M. Russell, Jr. U.S. Courthouse
501 E Court St, Ste 2.300                              2012 15th St, Suite 244
Jackson, MS 39201                                        Gulfport, MS 39501

## CERTIFICATE OF SERVICE

On July 31, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

**/s/ Thomas C. Rollins, Jr.**
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

OCTAVIA NATASHIA BAKER
LOUIS BAKER

CASE NO: 21-00273-JAW

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 7/31/2026, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/31/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

OCTAVIA NATASHIA BAKER
LOUIS BAKER

CASE NO: 21-00273-JAW

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 7/31/2026, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/31/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 21-00273-JAW
SOUTHERN DISTRICT OF MISSISSIPPI
FRI JUL 31 8-56-52 PST 2026

QUICKEN LOANS
BANKRUPTCY TEAM
635 WOODWARD AVENUE
DETROIT  MI 48226-3408

QUICKEN LOANS
BANKRUPTCY TEAM
635 WOODWARD AVENUE
DETROIT  MI 48266-0001

EXCLUDE

(U)QUICKEN LOANS  LLC

EXCLUDE

(U)ROCKET MORTGAGE  LLC FKA QUICKEN LOANS  LL

EXCLUDE

(U)ROCKET MORTGAGE  LLC FKA QUICKEN LOANS  LLC

EXCLUDE

(D)ROCKET MORTGAGE  LLC FKA QUICKEN LOANS  LLC

(P)TD BANK USA N A
ATTN CO WEINSTEIN  RILEY P S
1415 WESTERN AVE
SUITE 700
SEATTLE WA 98101-2051

EXCLUDE

US BANKRUPTCY COURT
THAD COCHRAN US COURTHOUSE
501 E COURT STREET
SUITE 2300
JACKSON  MS 39201-5036

APP OF MISSISSIPPI ED
2500 NORTH STATE ST
JACKSON  MS 39216-4500

AMERICAN EDUCATION SER
PO BOX  2461
HARRISBURG  PA 17105-2461

BANK OF AMERICA
PO BOX 982238
EL PASO  TX 79998-2238

BANK OF AMERICA  NA
P O BOX 982284
EL PASO  TX 79998-2284

BARCLAYS BANK DELAWARE
PO BOX 8803
WILMINGTON  DE 19899-8803

BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC
CO PRA RECEIVABLES MANAGEMENT  LLC
PO BOX 41021
NORFOLK VA 23541-1021

CAPITAL ONE NA
BY AMERICAN INFOSOURCE AS AGENT
CAPITAL ONE BANK USA
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

CITIBANK
701 EAST 60TH ST N
SIOUX FALLS  SD 57104-0432

CITIBANK  NA
5800 S CORPORATE PL
SIOUX FALLS  SD  57108-5027

CITIBANKBEST BUY
PO BOX 6497
SIOUX FALLS  SD 57117-6497

COMENITY
PO BOX 182273
COLUMBUS  OH 43218-2273

COMENITY BANK
PO BOX 183044
COLUMBUS  OH 43218-3044

COMENITY BANKTORRID
PO BOX 182789
COLUMBUS  OH 43218-2789

COMENITY CAPITAL BANK
PO BOX  183003
COLUMBUS  OH 43218-3003

CONN APPLIANCES  INC DBA CONNS HOME
SERVICERINFACT AND ATTORNEYINFACT FO
CO BECKET AND LEE LLP
PO BOX 3002
MALVERN PA 19355-0702

CONNS
BOX 2358
BEAUMONT  TX 77704-2358

COUCH  CONVILLE  BLIT
1301 W PINE ST
HATTIESBURG  MS 39401-6339

CREDIT ONE BANK
PO BOX 98872
LAS VEGAS  NV 89193-8872

| | | |
|---|---|---|
| DEPARTMENT STORES NATIONAL BANK<br>CO QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND  WA  98083-0657 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | (P)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| FEDLOAN<br>POB 60610<br>HARRISBURG  PA 17106-0610 | FRANKLIN COLLECTION SERVICE  INC<br>2978 W JACKSON ST<br>TUPELO  MS 38801-6731 | LVNV FUNDING  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 |
| LEADERS CREDIT UNION<br>214 OIL WELL RD<br>JACKSON  TN 38305-7914 | MISSISSIPPI HMA HOSPITALISTS LLC CO PASI<br>PO BOX 188<br>BRENTWOOD  TN 37024-0188 | (P)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2239 |
| MERIT HEALTH<br>PO BOX 281441<br>ATLANTA  GA 30384-1441 | MERIT HEALTH RANKIN<br>CO PASI<br>PO BOX 188<br>BRENTWOOD  TN 37024-0188 | MIDLAND CREDIT MANAGEM<br>PO BOX 60578<br>LOS ANGELES  CA 90060-0578 |
| MIDLAND CREDIT MANAGEMENT  INC<br>PO BOX 2037<br>WARREN  MI 48090-2037 | MISSISSIPPI HMA HOSPIT<br>PO BOX 14099<br>BELFAST  ME 04915-4034 | NMAC<br>POB 660366<br>DALLAS  TX 75266-0366 |
| NISSAN MOTOR ACCEPTANCE CORPORATION<br>PO BOX 9013<br>ADDISON  TEXAS 75001-9013 | PATHGROUP LABS<br>PO BOX 530310<br>ATLANTA  GA 30353-0310 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND  WA  98083-0788 | QUICKEN LOANS<br>1050 WOODWARD AVE<br>DETROIT  MI 48226-3573 | ~~EXCLUDE~~<br>~~(D)QUICKEN LOANS  LLC~~<br>~~BANKRUPTCY TEAM~~<br>~~635 WOODWARD AVE~~<br>~~DETROIT  MI 48226-3400~~ |
| RESURGENT CAPITAL SERV<br>15 SOUTH MAIN ST<br>STE 600<br>GREENVILLE  SC 29601-2768 | SMITH ROUCHON  ASSOC<br>1456 ELLIS AVENUE<br>JACKSON MS 39204-2204 | SYNCBBELK DUAL CARD<br>PO BOX 965029<br>ORLANDO  FL 32896-5029 |
| SYNCHRONY BANK<br>PO BOX 105972<br>ATLANTA  GA 30348-5972 | TD BANK USA  NA<br>C O WEINSTEIN  RILEY  PS<br>2001 WESTERN AVENUE  STE 400<br>SEATTLE  WA 98121-3132 | ~~EXCLUDE~~<br>~~(D)(P)TD BANK USA N A~~<br>~~ATTN CO WEINSTEIN  RILEY P S~~<br>~~1415 WESTERN AVE~~<br>~~SUITE 700~~<br>~~SEATTLE WA 98101-2051~~ |

TARGET
PO BOX 673
MINNEAPOLIS  MN 55440-0673

THE BUREAUS INC
650 DUNDEE ROAD
NORTHBROOK  IL 60062-2757

TRUSTCARE EXPRESS MEDICAL CLINIC
CO FRANKLIN COLLECTION SERVICE
PO BOX 3910
TUPELO  MS 38803-3910


EXCLUDE

US DEPARTMENT OF EDUCATION
CO FEDLOAN SERVICING
PO BOX 69184
HARRISBURG  PA 17106-9184

US DEPT OF EDUCATION
EDFINANCIAL SERVICES
120 N SEVEN OAKS DRIVE
KNOXVILLE  TN 37922-2359

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022


VERIZON
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

VERIZON WIRELESS
3 VERIZON PLACE
ALPHARETTA  GA 30004-8510

WELLS FARGO
800 WALNUT
DES MOINES  IA 50309-3891


EXCLUDE

WELLS FARGO BANK  NA
PO BOX 10438  MAC F823502F
DES MOINES  IA 50306-0438

(P)ZARZAUR  SCHWARTZ  P C
ATTN COMPLIANCE
P O BOX 11366
BIRMINGHAM AL 35202-1366

HAROLD J BARKLEY JR
PO BOX 4476
JACKSON  MS 39296-4476


DEBTOR

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG  MS 39401-3836

LOUIS BAKER
223 GREENFIELD CROSSING
BRANDON  MS 39042-8701

OCTAVIA NATASHIA BAKER
223 GREENFIELD CROSSING
BRANDON  MS 39042-8701


EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767