United States Bankruptcy Court
Southern District of Mississippi

In re:
Louis Baker
Octavia Natashia Baker
Debtors

Case No. 21-00273-JAW
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 4
Date Rcvd: Aug 26, 2026 Form ID: 3180W Total Noticed: 57

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Louis Baker, Octavia Natashia Baker, 223 Greenfield Crossing, Brandon, MS 39042-8701 |
| 4975900 | + | APP of Mississippi ED, 2500 North State St, Jackson, MS 39216-4500 |
| 4975913 | + | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 4975917 | + | Merit Health, P.O. Box 281441, Atlanta, GA 30384-1441 |
| 4975919 | + | Mississippi HMA Hospit, P.O. Box 14099, Belfast, ME 04915-4034 |
| 4975921 | | PathGroup Labs, PO Box 530310, Atlanta, GA 30353-0310 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 26 2026 19:57:00 | Quicken Loans, Bankruptcy Team, 635 Woodward Avenue, Detroit, Mi 48266-0001 |
| 4975899 | + | Email/Text: bncnotifications@pheaa.org | Aug 26 2026 19:57:00 | American Education Ser, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 4975901 | + | EDI: BANKAMER | Aug 26 2026 23:49:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 4984547 | + | EDI: BANKAMER2 | Aug 26 2026 23:49:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 4975902 | + | EDI: TSYS2 | Aug 26 2026 23:49:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 4998375 | + | EDI: PRA.COM | Aug 26 2026 23:49:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 4985507 | + | EDI: AIS.COM | Aug 26 2026 23:49:00 | Capital One N.A., by American InfoSource as agent, Capital One Bank (USA), 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4975903 | + | EDI: CITICORP | Aug 26 2026 23:49:00 | CitiBank, 701 East 60th St N, Sioux Falls, SD 57104-0432 |
| 4995845 | | EDI: CITICORP | Aug 26 2026 23:49:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 4975904 | + | EDI: CITICORP | Aug 26 2026 23:49:00 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 4975905 | | EDI: WFNNB.COM | Aug 26 2026 23:49:00 | Comenity, PO Box 182273, Columbus, OH 43218-2273 |
| 4975906 | | EDI: WFNNB.COM | Aug 26 2026 23:49:00 | Comenity Bank, P.O. Box 183044, Columbus, OH 43218-3044 |

| | | | | |
|---|---|---|---|---|
| 4975907 | + | EDI: WFNNB.COM | Aug 26 2026 23:49:00 | Comenity Bank/Torrid, Po Box 182789, Columbus, OH 43218-2789 |
| 4975908 | | EDI: WFNNB.COM | Aug 26 2026 23:49:00 | Comenity Capital Bank, P.O. Box 183003, Columbus, OH 43218-3003 |
| 4987642 | | EDI: JEFFERSONCAP | Aug 26 2026 23:49:00 | Conn Appliances, Inc. d/b/a Conn's HomePlus as, servicer-in-fact and attorney-in-fact fo, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 4975909 | + | EDI: JEFFERSONCAP.COM | Aug 26 2026 23:49:00 | Conns, Box 2358, Beaumont, TX 77704-2358 |
| 4975910 | + | Email/Text: kelsey.grisham@gulfsouthlegal.com | Aug 26 2026 19:57:00 | Couch, Conville & Blit, 1301 W Pine St, Hattiesburg, MS 39401-6339 |
| 4975911 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 26 2026 20:06:30 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 4975912 | | EDI: DISCOVER | Aug 26 2026 23:49:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 4975916 | | EDI: CITICORP | Aug 26 2026 23:49:00 | Macys, P.O. Box 8218, Mason, OH 45040 |
| 4987968 | | EDI: Q3G.COM | Aug 26 2026 23:49:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 4978070 | | EDI: DISCOVER | Aug 26 2026 23:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 4975914 | + | Email/Text: FSBank@franklinservice.com | Aug 26 2026 19:57:00 | Franklin Collection Service, Inc., 2978 W Jackson St, Tupelo, MS 38801-6731 |
| 4977232 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2026 20:06:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4975915 | + | Email/Text: collections@leaderscu.com | Aug 26 2026 19:57:00 | Leaders Credit Union, 214 Oil Well Rd, Jackson, TN 38305-7914 |
| 4978847 | + | Email/Text: pasi_bankruptcy@chs.net | Aug 26 2026 19:57:00 | MISSISSIPPI HMA HOSPITALISTS LLC C/O PASI, PO BOX 188, BRENTWOOD, TN 37024-0188 |
| 4997664 | + | Email/Text: pasi_bankruptcy@chs.net | Aug 26 2026 19:57:00 | Merit Health Rankin, c/o PASI, PO Box 188, Brentwood, TN 37024-0188 |
| 4975918 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 26 2026 19:57:00 | Midland Credit Managem, P.O. Box 60578, Los Angeles, CA 90060-0578 |
| 4980340 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 26 2026 19:57:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 4975920 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 26 2026 19:57:00 | NMAC, Pob 660366, Dallas, TX 75266-0366 |
| 4995184 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 26 2026 19:57:00 | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 4994580 | | EDI: PRA.COM | Aug 26 2026 23:49:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 4995973 | | EDI: Q3G.COM | Aug 26 2026 23:49:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4975922 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 26 2026 19:57:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 4981113 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 26 2026 19:57:00 | Quicken Loans, LLC, Bankruptcy Team, 635 Woodward Ave., Detroit, MI 48226-3408 |
| 4975923 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2026 20:06:34 | Resurgent Capital Serv, 15 South Main St, Ste 600, Greenville, SC 29601-2768 |
| 4975924 | + | Email/Text: Tracey@sra-inc.net | Aug 26 2026 19:57:00 | Smith Rouchon & Assoc., 1456 Ellis Avenue, |

| | | | |
|---|---|---|---|
| | | | Jackson, MS 39204-2204 |
| 4975925 | + EDI: SYNC | Aug 26 2026 23:49:00 | Syncb/belk Dual Card, Po Box 965029, Orlando, FL 32896-5029 |
| 4975926 | + EDI: SYNC | Aug 26 2026 23:49:00 | Synchrony Bank, PO Box 105972, Atlanta, GA 30348-5972 |
| 5520523 | Email/Text: bncmail@w-legal.com | Aug 26 2026 19:57:00 | TD Bank, USA, N.A., c/o Weinstein & Riley, P.S., 1415 Western Avenue, Suite 700, Seattle, WA 98101 |
| 4985919 | + Email/Text: bncmail@w-legal.com | Aug 26 2026 19:57:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4975927 | + EDI: WTRRNBANK.COM | Aug 26 2026 23:49:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 4975928 | + EDI: Q3GTBI | Aug 26 2026 23:49:00 | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2757 |
| 4981093 | + Email/Text: FSBank@franklinservice.com | Aug 26 2026 19:57:00 | Trustcare Express Medical Clinic, c/o Franklin Collection Service, PO Box 3910, Tupelo, MS 38803-3910 |
| 5000340 | ^ MEBN | Aug 26 2026 19:53:10 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 5196680 | + Email/Text: EBN@edfinancial.com | Aug 26 2026 19:57:00 | US Dept. of Education, Edfinancial Services, 120 N. Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 4994994 | + EDI: AIS.COM | Aug 26 2026 23:49:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4975929 | EDI: VERIZONCOMB.COM | Aug 26 2026 23:49:00 | Verizon Wireless, 3 Verizon Place, Alpharetta, GA 30004-8510 |
| 4975930 | + EDI: WFAUTO | Aug 26 2026 23:49:00 | Wells Fargo, 800 Walnut, Des Moines, IA 50309-3891 |
| 4981547 | EDI: WFCCSBK | Aug 26 2026 23:49:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 4975931 | Email/Text: ekoch@zsattorneys.com | Aug 26 2026 19:57:00 | ZarZaur & Schwartz PC, P.O. Box 11366, Birmingham, AL 35202 |

TOTAL: 51

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans, LLC |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| cr | | Rocket Mortgage, LLC fka Quicken Loans, LLC |
| cr | | Rocket Mortgage, LLC fka Quicken Loans, LLC fka Qu |
| cr | *+ | Quicken Loans, Bankruptcy Team, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| cr | *P++ | TD BANK USA N A, ATTN C/O WEINSTEIN & RILEY P S, 1415 WESTERN AVE, SUITE #700, SEATTLE WA 98101-2051, address filed with court:, TD Bank USA, N.A., c/o Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, Seattle, WA 98101 |
| cr | *+ | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4995203 | *+ | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 4 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth Halsey Parrott | on behalf of Creditor Rocket Mortgage LLC fka Quicken Loans, LLC Elizabeth.Parrott@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Louis Baker jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Jennifer A Curry Calvillo | on behalf of Joint Debtor Octavia Natashia Baker jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Karen A. Maxcy | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Karen A. Maxcy | on behalf of Creditor Rocket Mortgage LLC fka Quicken Loans, LLC fka Quicken Loans Inc. karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Karen A. Maxcy | on behalf of Creditor Rocket Mortgage LLC fka Quicken Loans, LLC karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Louis Baker trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Octavia Natashia Baker trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 11

***Information to identify the case:***

| | | | |
|---|---|---|---|
| Debtor 1 | **Louis Baker**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx–xx–8006** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Octavia Natashia Baker**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx–xx–5707** |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number: **21–00273–JAW**

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Louis Baker**
aka Louis Harrisington Baker

**Octavia Natashia Baker**

Dated: 8/26/26

**By the court:** /s/Jamie A. Wilson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**