0044-2M-EPIEXX-00282401-164846

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

In re: LOUIS BAKER
OCTAVIA NATASHIA BAKER
Debtor(s)

Case No.: 21-00273-JAW

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Harold J. Barkley,Jr., chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/17/2021.
2) The plan was confirmed on 07/02/2021.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was completed on 03/27/2026.
6) Number of months from filing or conversion to last payment: 61.
7) Number of months case was pending: 66.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 44,767.15.
10) Amount of unsecured claims discharged without full payment: 30,024.60.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | | |
|---|---|---|---|
| Total paid by or on behalf of the debtor: | $90,449.00 | | |
| Less amount refunded to debtor: | $893.41 | | |
| **NET RECEIPTS:** | | $89,555.59 | |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $3,600.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $8,958.12 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $12,558.12 |

Attorney fees paid and disclosed by debtor: $.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICAN EDUCATION SERVICES | Unsecured | 5,063.00 | NA | NA | .00 | .00 |
| APP OF MISSISSIPPI ED | Unsecured | 184.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | Unsecured | 8,816.00 | 8,816.52 | 8,816.52 | 3,510.99 | .00 |
| BECKET & LEE LLP | Unsecured | 3,438.00 | 3,438.18 | 3,438.18 | 1,369.18 | .00 |
| BUREAUS INVESTMENT GRP PRTF#15 I | Unsecured | 1,449.00 | 1,449.70 | 1,449.70 | 577.31 | .00 |
| CAPITAL ONE N.A. | Unsecured | 373.00 | 373.21 | 373.21 | 148.62 | .00 |
| CITIBANK, N.A.- EXCEPTION PAYMENTS | Unsecured | 2,140.00 | 2,140.65 | 2,140.65 | 852.47 | .00 |
| CITIBANK, N.A.- EXCEPTION PAYMENTS | Unsecured | 941.00 | 914.10 | 914.10 | 364.02 | .00 |
| COMENITY BANK | Unsecured | NA | NA | NA | .00 | .00 |
| COMENITY CAPITAL BANK | Unsecured | NA | NA | NA | .00 | .00 |
| COUCH STILLMAN BLITT CONVILLE | Unsecured | NA | NA | NA | .00 | .00 |
| DEPARTMENT STORES NATIONAL BAN | Unsecured | 2,066.00 | 2,066.65 | 2,066.65 | 823.00 | .00 |
| DISCOVER FINANCIAL | Unsecured | 2,821.00 | 2,821.46 | 2,821.46 | 1,123.59 | .00 |

0044-2M-EPIEXX-00282401-164846

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

In re: LOUIS BAKER
OCTAVIA NATASHIA BAKER
Debtor(s)

Case No.: 21-00273-JAW

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| FRANKLIN COLLECTION SERVICE | Unsecured | 40.00 | 40.21 | 40.21 | 16.01 | .00 |
| LENDERS CREDIT UNION | Unsecured | 506.00 | NA | NA | .00 | .00 |
| LVNV FUNDING, LLC | Unsecured | 1,038.00 | 1,073.79 | 1,073.79 | 427.61 | .00 |
| MERIT HEALTH RANKIN | Unsecured | 1,492.99 | 1,492.99 | 1,492.99 | 594.55 | .00 |
| MIDLAND CREDIT MANAGEMENT, INC | Unsecured | 2,313.00 | 2,313.24 | 2,313.24 | 921.20 | .00 |
| MIDLAND CREDIT MANAGEMENT, INC | Unsecured | .01 | 2,202.33 | 2,202.33 | 877.03 | .00 |
| MISSISSIPPI HMA HOSPITALIST, LLC | Unsecured | 295.00 | 295.00 | 295.00 | 117.48 | .00 |
| NISSAN MOTOR ACCEPTANCE CO LLC | Secured | 20,597.00 | 20,644.23 | 17,258.00 | 17,258.00 | 2,387.45 |
| NISSAN MOTOR ACCEPTANCE CO LLC | Secured | 13,596.00 | 13,601.66 | 13,601.66 | 13,601.66 | 311.72 |
| NISSAN MOTOR ACCEPTANCE CO LLC | Unsecured | NA | 3,386.23 | 3,386.23 | 1,348.49 | .00 |
| PATHGROUP LABS | Unsecured | 82.22 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, I | Unsecured | 2,705.00 | 2,705.34 | 2,705.34 | 1,077.34 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, I | Unsecured | 2,533.00 | 2,533.33 | 2,533.33 | 1,008.85 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, I | Unsecured | 555.00 | 555.95 | 555.95 | 221.40 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 84.00 | 115.53 | 115.53 | 46.01 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 789.00 | 844.53 | 844.53 | 336.32 | .00 |
| QUICKEN LOANS MORTGAGE | Priority | 212,595.00 | 210,791.40 | 210,791.40 | .00 | .00 |
| QUICKEN LOANS MORTGAGE | Secured | NA | .00 | .00 | .00 | .00 |
| QUICKEN LOANS MORTGAGE | Secured | 350.00 | 350.00 | .00 | .00 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 272.00 | 308.31 | 308.31 | 122.78 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 1,122.00 | 1,122.78 | 1,122.78 | 447.12 | .00 |
| SMITH ROUCHON & ASSOC | Unsecured | 80.00 | NA | NA | .00 | .00 |
| SMITH ROUCHON & ASSOC | Unsecured | 47.00 | NA | NA | .00 | .00 |
| SYNCHRONY BANK | Unsecured | NA | NA | NA | .00 | .00 |
| TD BANK USA, N.A. | Unsecured | 1,754.00 | 1,754.56 | 1,754.56 | 698.72 | .00 |
| THE ROLLINS LAW FIRM PLLC | Unsecured | NA | NA | NA | .00 | .00 |
| U.S DEPT OF EDUCATION | Unsecured | 60,677.00 | 60,680.15 | 60,680.15 | 24,164.60 | .00 |
| VERIZON BY AMERICAN INFOSOURCE | Unsecured | 2,123.00 | 2,082.98 | 2,082.98 | 829.50 | .00 |
| WELLS FARGO BANK, N.A. | Unsecured | 3,551.00 | 3,551.85 | 3,551.85 | 1,414.45 | .00 |

0044-2M-EPIEXX-00282401-164846

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

In re: LOUIS BAKER
OCTAVIA NATASHIA BAKER
Debtor(s)

Case No.: 21-00273-JAW

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ZARZAUR & SCHWARTZ PC | Secured | NA | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | 30,859.66 | 30,859.66 | 2,699.17 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 30,859.66 | 30,859.66 | 2,699.17 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 210,791.40 | .00 | .00 |
| **TOTAL PRIORITY:** | 210,791.40 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 109,079.57 | 43,438.64 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration: | $12,558.12 | |
| Disbursements to Creditors: | $76,997.47 | |
| **TOTAL DISBURSEMENTS:** | | $89,555.59 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 08/28/2026

By: /s/Harold J. Barkley,Jr.
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.



UST Form 101-13-FR-S (9/1/2009)